**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO.  24-50401 |
| RENE ARMANDO PICOTA AND | ) | CHAPTER 7 |
| AMBER D'ANN PICOTA | ) | |
| DEBTORS | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND**
**REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING LOAN**
**NUMBER *******0001**

NOW COMES Langley Federal Credit Union, by and through its attorney Brock and

Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a creditor in this

cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings,

documents and hearings; that it receive copies of all documents; and be added to the matrix to be

served at the addresses below:

Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Drive
Winston-Salem, NC 27103
wvbkr@brockandscott.com

Langley Federal Credit Union
11742 Jefferson Avenue
Suite 200
Newport News, Virginia 23606

Please take notice that the undersigned hereby appears as counsel for Langley Federal

Credit Union pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is

limited to the instant case noted above and should not be construed as unlimited representation of

24-22067 BKSUP01

 

the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ /s/ M. Christine Maggard
_____
M. Christine Maggard, VA Bar No. 33824
Robert Oliveri, VA Bar No. 47247
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: VABKR@brockandscott.com